AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| California Crane School, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:21-cv-10001-HSG |
| Google LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC, Alphabet, Inc., XXVI Holdings, Inc., Sundar Pichai, and Eric Schmidt.

Date: 01/24/2022

/s/ John E. Schmidtlein
*Attorney's signature*

John E. Schmidtlein (CA State Bar No. 163520)
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
*Address*

jschmidtlein@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*