Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
Angelia Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, ALPHABET, INC., XXVI HOLDINGS, INC., APPLE, INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>Defendants. | Case No: 4:21-cv-10001 HSG<br><br>**PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: August 11, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam Jr. |

Plaintiffs respectfully submit this memorandum in support of their opposition to the Google Defendants' motion to compel arbitration.

**PRELIMINARY STATEMENT**

Defendants' motion to compel arbitration should be denied. Arbitration is not permitted in this case because Plaintiffs' Amended Complaint includes a specific claim for

public injunctive relief that seeks to prevent Defendants' future violations of law for the benefit of the general public as a whole. See Hodges v. Comcast (cite)

## ARGUMENT

Section 2 of the Federal Arbitration Act ("FAA") provides that "[a] written provision in . . . a contract . . . to settle by arbitration a controversy thereafter arising out of such contract . . . shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. The final clause of § 2—the "saving clause"—confirms that arbitration agreements, like any other contract, can be invalidated on generally applicable grounds "for the revocation of any contract." 9 U.S.C. § 2. *See also Hodges v. Comcast*, 12 F. 4th 1108 (9th Cir. 2021). This case involves one such ground for contractual invalidation under California law.

Since Plaintiffs' Amended Complaint seeks "public injunctive relief" as one of its requested remedies, the complaint implicates the "*McGill Rule*." Under that rule, a contractual provision "purports to waive [a party's] right to request in any forum . . . public injunctive relief, it is invalid and unenforceable under California law." *See Hodges v. Comcast* 12 F. 4th 1108 (9th Cir. 2021), *citing McGill v. Citibank*, N.A., 393 P.3d 85, 94 (Cal. 2007).

In *Hodges*, the Court of Appeals for the Nineth Circuit held that the applicability of the McGill rule depends upon whether a complaint includes a claim for public injunctive relief. Taking into account *Blair v. Rent-A-Center, Inc*., 928 F.3d 819 (9th Cir. 2019) (holding that the Federal Arbitration Act does not preempt the *McGill* rule), the court panel held that, under California law, non-waivable public injunctive relief is limited to forward-looking injunctions that seek to prevent future violations of law for the benefit of the general public as a whole, as

opposed to a particular class of persons, and that do so without the need to consider the individual claims of any non-party.

In this case, Plaintiffs' First Amended Complaint (ECF 39) seeks "Forward-Looking Public Injunctive Relief for the General Public as a Whole" as follows:

> 162. For the benefit of the general public as a whole, it is requested that the Court:
> a. Enjoin Defendants from future agreements that Apple not compete with Google in the search business and to divide the search business, from future agreements to share or pool profits, from future agreements to provide Google with exclusive search privileges on Apple devices and from future agreements to meet for the purpose of discussing anticompetitive conduct;
> b. Enjoin and prohibit Defendant Cook and Defendant Pichai from making future agreements that Apple not compete with Google in the search business and to divide the search business, from making future agreements for Google to share or pool profits with Apple, from making future agreements to provide Google with exclusive search privileges on Apple devices and from making future agreements to meet for the purpose of discussing such anticompetitive conduct.

*See*, Plaintiffs' First Amended Complaint, ¶162.

Under the above legal standard, Plaintiffs' complaint clearly seeks public injunctive relief. Accordingly, the McGill rule is implicated, and the arbitration agreement should not be enforced. Therefore, Defendants' motion should be denied.

Dated: April 1, 2022    ALIOTO LAW FIRM

By: /s/ *Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
Angelina Alioto-Grace (SBN 206899)
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Attorneys for Plaintiffs

*Plaintiffs Opposition to Defendants Motion to Compel Arbitration; Memorandum of Points and Authorities in Support Thereof*
3

ADDITIONAL PLAINTIFFS COUNSEL:

| | |
|---|---|
| Lawrence G. Papale (SBN 67068)<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>Telephone: (707) 963-1704<br>Email: lgpapale@papalelaw.com | Robert J. Bonsignore (SBN<br>BONSIGNORE TRIAL LAWYERS, PLLC<br>193 Plummer Hill Rd.<br>Belmont, NH 03220<br>Phone: 781-350-0000<br>Email: rbonsignore@classactions.us |
| Theresa Moore (SBN 99978)<br>LAW OFFICE OF THERESA D. MOORE PC<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Phone: (415) 613-1414<br>tmoore@aliotolaw.com | Josephine Alioto (SNB 282989)<br>THE VEEN FIRM<br>20 Haight Street<br>San Francisco CA 94102<br>Telephone: (415) 673-4800<br>Email: jalioto@veenfirm.com |
| Christopher A Nedeau (SBN 81297)<br>NEDEAU LAW PC<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>Telephone: (415) 516-4010<br>Email: cnedeau@nedeaulaw.net | Lingel H. Winters, Esq. (SBN 37759)<br>LAW OFFICES OF LINGEL H. WINTERS<br>388 Market St. Suite 1300<br>San Francisco, California 94111<br>Telephone: (415) 398-2941<br>Email: sawmill2@aol.com |

Jeffrey K. Perkins (SBN 57996)
LAW OFFICES OF JEFFREY K. PERKINS
1550-G Tiburon Boulevard, #344
Tiburon, California 94920
Telephone: (415) 302-1115
Email: jeffreykperkins@aol.com