Joseph M. Alioto, Esq. (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
Angelia Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET, INC., XXVI HOLDINGS, INC., APPLE INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>Defendants. | Case No. 4:21-cv-10001-HSG<br><br>**ORDER RE: JOINT STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS [CIV L.R. 6-2(a)]** |

Upon consideration of the Parties' JOINT STIPULATED REQUEST TO MODIFY

BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS [CIV L.R. 6-2(a)],

IT IS HEREBY ORDERED that the briefing schedule on the Motion to Dismiss is modified

as follows: (1) Plaintiff's opposition is now due on or before May 3, 2022; and (2) Defendants' reply

1    is now due on or before May 17, 2022.

2    DATED: April 25, 2022

3                                            The Honorable Haywood S. Gilliam, Jr.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Order
Case No. 4:21-cv-10001-HSG