UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-10001-HSG<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 72 |

Before the Court is Defendants' Motion for Leave to File a Motion for Reconsideration of the Court's June 1, 2022 Order denying Defendants' Administrative Motion to Consider Whether Cases Should Be Related. *See* Dkt. Nos. 69 ("Administrative Motion"); 71 ("Order"); and 72 ("Mot."). Defendants contend that reconsideration is warranted because Plaintiff's Opposition to Defendants' Administrative Motion "incorrectly informed" the Court that Defendants sought to consolidate the cases, though Defendants sought only to relate them. Mot. at 2. But the Court did not misunderstand the basis of Defendants' Administrative Motion or the relief it sought, so it finds no basis under Civil Local Rule 7-9 to reconsider the Order. Defendants' motion for leave is accordingly **DENIED.**

**IT IS SO ORDERED.**

Dated: 6/16/2022

                                                          _____<br>
                                                          HAYWOOD S. GILLIAM, JR.<br>
                                                          United States District Judge