UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated.

_____

CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated,

        Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

GOOGLE LLC; et al.,

        Real Parties in Interest.

No. 22-70105

D.C. No. 4:21-cv-10001-HSG
Northern District of California, Oakland

ORDER

Before: OWENS, LEE, and BUMATAY, Circuit Judges.

The motion for reconsideration en banc (Docket Entry No. 3) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings will be entertained in this closed case.