John E. Schmidtlein (SBN 163520)
Carol J. Pruski (SBN 275953)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: cpruski@wc.com

*Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., XXVI HOLDINGS INC., APPLE INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>Defendants. | Case No. 4:21-cv-10001-HSG<br><br>**GOOGLE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT OCTOBER 18, 2022 HEARING**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Pursuant to Standing Order No. 17, out-of-town counsel for Defendants Google LLC, Alphabet Inc., XXVI Holdings, Inc., Sundar Pichai, and Eric Schmidt (collectively, "Google Defendants") respectfully request permission to appear by telephone at the hearing set for October 18, 2022, on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 51) in the above-captioned action.  Because the Court granted the Google Defendants' Motion to Compel Arbitration (ECF No. 86), the Google Defendants do not intend to offer argument at this hearing. Nonetheless, because the Google Defendants remain parties to this action pending any future arbitration that may be initiated by Plaintiff, the Google Defendants would appreciate the opportunity for their out-of-town counsel to attend the hearing telephonically.  Counsel for the Google

Defendants makes this request based on the understanding that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is the only motion set for argument at next week's hearing, and that the Court has not indicated an intention to hear argument on Plaintiff's subsequently filed Motion to Amend the First Amended Complaint (ECF No. 90), currently scheduled for hearing on January 19, 2023.  The Google Defendants intend to participate in any hearing on Plaintiff's Motion to Amend the First Amended Complaint.

DATED:  October 11, 2022

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: /s/ *John E. Schmidtlein*

John E. Schmidtlein (CA State Bar No. 163520)
Carol J. Pruski (CA State Bar No. 275953)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:     jschmidtlein@wc.com
Email:     cpruski@wc.com

*Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt*