John E. Schmidtlein (CA State Bar No. 163520)
Carol J. Pruski (CA State Bar No. 275953)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029
Email:       jschmidtlein@wc.com
Email:       cpruski@wc.com

*Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings, Inc., Sundar Pichai, and Eric Schmidt*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., XXVI HOLDINGS, INC., APPLE INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>Defendants. | Case No. 4:21-cv-10001-HSG<br><br>**ORDER ON GOOGLE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: October 18, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 2<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

**ORDER**

The Court, having considered the Request to Appear Telephonically at the October 18, 2022 Hearing filed by Defendants Google LLC, Alphabet Inc., XXVI Holdings, Inc., Sundar Pichai, and Eric Schmidt (collectively, "Google Defendants"), it is hereby:

ORDERED that the Request is GRANTED, and counsel for the Google Defendants shall call into the hearing using the Telephonic Hearing Instructions listed on the Court's webpage.

IT IS SO ORDERED.

DATED: 10/12/2022

By: _____
Hon. Haywood S. Gilliam, Jr.

Submitted by:

WILLIAMS & CONNOLLY LLP

By:   /s/ *John E. Schmidtlein*

*Attorney for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt*