1  Joseph M. Alioto, Esq. (SBN 42680)
2  Tatiana V. Wallace, Esq. (SBN 233939)
   Angelia Alioto-Grace (SBN 206899)
3  ALIOTO LAW FIRM
   One Sansome Street, Suite 3500
4  San Francisco, CA 94104
   Telephone: (415) 434-8900
5  Email: jmalioto@aliotolaw.com

6  *Attorneys for Plaintiff*

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 | CALIFORNIA CRANE SCHOOL, INC.,
12 | on behalf of itself and all others similarly
   | situated,                                    Case No. 4:21-cv-10001-HSG
13 |
   |        Plaintiff,                            **ORDER RE: JOINT STIPULATED**
14 |                                              **REQUEST TO MODIFY SCHEDULE**
   |    v.                                        **FOR FILING SECOND AMENDED**
15 |                                              **COMPLAINT AND FOR ANY**
   | GOOGLE LLC, ALPHABET, INC., XXVI             **SUBSEQUENT MOTION TO DISMISS**
16 | HOLDINGS, INC., APPLE INC., TIM              **[CIV L.R. 6-2(a)]**
   | COOK, SUNDAR PICHAI, and ERIC
17 | SCHMIDT,
18 |
   |        Defendants.
19

20

21     Upon consideration of the Parties' JOINT STIPULATED REQUEST TO MODIFY
22
   SCHEDULE FOR FILING SECOND AMENDED COMPLAINT AND FOR ANY SUBSEQUENT
23
   MOTION TO DISMISS [CIV L.R. 6-2(a)],
24
       IT IS HEREBY ORDERED that the schedule is modified as follows:
25
           (1) Plaintiff's Second Amended Complaint is now due on or before May 26, 2023;
26
           (2) Defendants' Motion to Dismiss is due on or before June 23, 2023;
27

28

(3) Plaintiff's Opposition to Motion to Dismiss is due on or before July 14, 2023; and

(4) Defendants' Reply Memorandum is due on or before July 28, 2023.

DATED: 4/24/2023

_____
The Honorable Haywood S. Gilliam, Jr.