ALIOTO LAW FIRM
Joseph M. Alioto, Esq. (SBN 42680)
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

LAW OFFICES OF LINGEL H. WINTERS

A Professional Corporation
Lingel H. Winters, Esq. (SBN 37759)
2900 Shasta Rd. Berkeley, CA 94708
Tel: (510) 845-5914 Email: sawmill2@aol.com

Attorneys for Plaintiffs
And All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CALIFORNIA CRANE SCHOOL, INC.,

on behalf of itself and all others similarly situated

        Plaintiff, vs.

GOOGLE LLC, ALPHBET, INX.

APPLE, INC. ET AL.

Case No. 3:21-cv-10001-AM

**STATEMENT OF RECENT DECISION**

**DEMAND FOR JURY TRIAL**

Hearing Date: November 16, 2023
Time: 2:00 p.m.
Place: Courtroom 10, 19TH Floor
Judge: Hon. Araceli Martinez-Olguin

## STATEMENT OF RECENT DECISION

Pursuant to Local Rule 7-3 (d)(2), Plaintiff files and serves this Statement of Recent Decision in United States v. Google LLC, Case No. 20-cv-3010 (APM) and Case No. 20-cv-3715 (APM) that was filed on August 4, 2023 in the United States District Court for the District of Columbia, attached hereto.

                    LAW OFFICES OF LINGEL H. WINTERS

                    A Professional Corporation
                    By: _Lingel H. Winters_
                          Lingel H. Winters