| | |
|---|---|
| Jack P. DiCanio (SBN 138752) | John E. Schmidtlein (SBN 163520) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Carol J. Pruski (SBN 275953) |
| 525 University Avenue | WILLIAMS & CONNOLLY LLP |
| Palo Alto, California 94301 | 680 Maine Avenue, S.W. |
| Telephone: (650) 470-4660 | Washington, DC 20024 |
| Facsimile: (213) 621-5430 | Telephone: (202) 434-5000 |
| Email: jack.dicanio@skadden.com | Facsimile: (202) 434-5029 |
| | Email: jschmidtlein@wc.com |
| Steven C. Sunshine (admitted *pro hac vice*) | Email: cpruski@wc.com |
| Julia K. York (admitted *pro hac vice*) | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Attorneys for Defendants Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt* |
| 1440 New York Avenue, N.W. | |
| Washington, DC 20005-2111 | |
| Telephone: (202) 371-7000 | |
| Facsimile: (202) 393-5760 | |
| Email: steven.sunshine@skadden.com | |
| Email: julia.york@skadden.com | |

(additional counsel listed on signature page)

*Attorneys for Defendants Apple Inc. and Tim Cook*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., XXVI HOLDINGS INC., APPLE INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>Defendants. | CASE NO. 5:21-cv-10001-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND GOOGLE DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Place: Courtroom 8—4th Floor<br>Judge: Hon. P. Casey Pitts<br>Current Hearing Date: November 28, 2023<br>Requested Hearing Date: January 25, 2024 |

**JOINT STIPULATION**

Pursuant to Civil Local Rules 7-11 and 7-12, Defendants Google LLC, Alphabet Inc., XXVI Holdings, Inc., Apple Inc., Tim Cook, Sundar Pichai, and Eric Schmidt (collectively, "Defendants") and Plaintiff California Crane School, Inc. ("Plaintiff") (collectively, the "Parties") hereby agree and stipulate to the following:

**WHEREAS**, on May 26, 2023, Plaintiff filed its Second Amended Complaint (ECF No. 112);

**WHEREAS**, on June 23, 2023, Defendants filed a Motion to Dismiss (ECF No. 115) and Defendants Google LLC, Alphabet Inc., XXVI Holdings, Inc. Sundar Pichai, and Eric Schmidt (collectively, the "Google Defendants") filed a Motion to Compel Arbitration (ECF No. 114);

**WHEREAS**, on July 28, 2023, Plaintiff filed an Opposition to Defendants' Motion to Dismiss (ECF No. 119) and an Opposition to Google Defendants' Motion to Compel Arbitration (ECF No. 118);

**WHEREAS**, on August 25, 2023, Defendants filed a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 126), and Google Defendants filed a Reply to Plaintiff's Opposition to Google Defendants' Motion to Compel Arbitration (ECF No. 125);

**WHEREAS**, the Motion to Dismiss and Motion to Compel Arbitration (the "Motions") were initially noticed for hearing on November 30, 2023;

**WHEREAS**, on October 11, 2023, the Clerk entered a notice on the docket advancing the hearing on the Motions from November 30, 2023 to November 28, 2023 (ECF No. 133);

**WHEREAS**, due to a previously-scheduled meeting with a different client outside of the United States, Apple Defendants' lead counsel is unable to attend the hearing on the Motions on November 28, 2023;

**WHEREAS**, Google Defendants' lead counsel is unavailable on the next-available hearing date of December 21, 2023, due to a long-scheduled family vacation;

**WHEREAS,** in light of Defendants' counsel's inability to attend the newly scheduled hearing on the Motions, Defendants request, with Plaintiff's consent, that the Court continue the hearing on the Motions until January 25, 2024, or as soon thereafter as the Court's schedule will allow the Motions to be heard.

**NOW, THEREFORE**, the Parties stipulate and agree as follows, and request that the Court

approve the same:

1. That the November 28, 2023, hearing on Defendants' Motions should be continued to January 25, 2024, at 10:00 a.m., or as soon thereafter as the Court's schedule will allow; and

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 26, 2023 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By:  */s/ Steve C. Sunshine* |
| | Steve C. Sunshine |
| | *Attorney for Defendants Apple Inc. and Tim Cook* |
| DATED: October 26, 2023 | WILLIAMS & CONNOLLY LLP |
| | By:  */s/ John E. Schmidtlein* |
| | John E. Schmidtlein |
| | *Attorney for Defendants Google LLC, Alphabet Inc., XXVI Holdings., Sundar Pichai, and Eric Schmidt* |
| DATED: October 26, 2023 | LAW OFFICES OF LAWRENCE G. PAPALE |
| | By:  */s/ Lawrence G. Papale* |
| | Lawrence G. Papale |
| | *Attorney for Plaintiff California Crane School, Inc.* |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ *Steve C. Sunshine*

**[PROPOSED] ORDER**

Good cause appearing, the Joint Stipulation of the Parties is adopted as an Order of this Court.

IT IS SO ORDERED.

DATED:_____

_____
Hon. P. Casey Pitts
United States District Judge