Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace, Esq. (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Email:  jmalioto@aliotolaw.com

[Additional Counsel Listed on Last Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, ALPHABET, INC., XXVI HOLDINGS, INC., APPLE, INC., TIM COOK, SUNDAR PICHAI, and ERIC SCHMIDT,<br><br>                            Defendants. | Case No:  5:21-cv-10001-PCP<br><br>**STATEMENT OF RECENT DECISION**<br><br><u>**DEMAND FOR JURY TRIAL**</u><br><br>Hearing Date: February 8th, 2024<br>Time: 10:00 p.m.<br>Place: Courtroom 8, 19TH Floor<br>Judge: Hon. P. Casey Pitts |

## STATEMENT OF RECENT DECISION

Pursuant to Local Rule 7-3 (d)(2), Plaintiff files and serves this Statement of Recent Decision by Judge Lita Rin in Mary Katherine Arcell, et al., v. Google LLC, et al., Case No. 22-cv-02499-RFL, that was ordered on February 5, 2024, in the United States District Court for the Northern District of California, attached hereto.

Dated: February 6, 2024           ALIOTO LAW FIRM

                                            By: /s/ *Joseph M. Alioto*
                                                   Joseph M. Alioto (SBN 42680)
                                                   Tatiana V. Wallace (SBN 233939)
                                                   One Sansome Street, Suite 3500
                                                   San Francisco, CA 94104
                                                   Telephone: (415) 434-8900
                                                   Attorneys for Plaintiffs

<u>ADDITIONAL PLAINTIFFS COUNSEL</u>:

| | |
|---|---|
| Lawrence G. Papale (SBN 67068)<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>Telephone: (707) 963-1704<br>Email: lgpapale@papalelaw.com | Robert J. Bonsignore (SBN<br>BONSIGNORE TRIAL LAWYERS, PLLC<br>23 Forest Street<br>Medford, MA 02155<br>Phone: 781-856-7650<br>Email: rbonsignore@classactions.us |
| Theresa Moore (SBN 99978)<br>LAW OFFICE OF THERESA D. MOORE PC<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Phone: (415) 613-1414<br>tmoore@aliotolaw.com | Josephine Alioto (SNB 282989)<br>THE VEEN FIRM<br>20 Haight Street<br>San Francisco CA 94102<br>Telephone: (415) 673-4800<br>Email: jalioto@veenfirm.com |
| Christopher A Nedeau (SBN 81297)<br>NEDEAU LAW PC<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>Telephone: (415) 516-4010<br>Email: cnedeau@nedeaulaw.net | Lingel H. Winters, Esq. (SBN 37759)<br>LAW OFFICES OF LINGEL H. WINTERS<br>388 Market St. Suite 1300<br>San Francisco, California 94111<br>Telephone: (415) 398-2941<br>Email: sawmill2@aol.com |

Jeffrey K. Perkins (SBN 57996)
LAW OFFICES OF JEFFREY K. PERKINS
1550-G Tiburon Boulevard, #344
Tiburon, California 94920
Telephone: (415) 302-1115
Email: jeffreykperkins@aol.com