UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CRANE SCHOOL, INC.,

Plaintiff.

v.

GOOGLE LLC, et al.,

Defendants.

Case No. 21-cv-10001-PCP

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 154

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

On March 21, 2024, the Court granted in part the Google defendants' motion to compel arbitration as to four claims and granted the Google and Apple defendants' motions to dismiss the remaining claims without leave to amend. Dkt. No. 154. All claims against the Apple defendants and the claim for public injunctive relief under the UCL against the Google defendants are now dismissed with prejudice. The other four claims against the Google defendants—which have been sent to arbitration—are dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 3/25/2024

Mark B. Busby, Clerk of Court

Nicole Coleman
Deputy Clerk